# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1572

VERSUS

SERON MARQUEL GRAYER

**FEBRUARY 25, 2022**

---

In Re:    Seron Marquel Grayer, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 36,288.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling at issue herein as relator failed to include a copy of the application for postconviction relief and supporting memorandum, the State's response, if any, the district court's ruling, the bill of information, the pertinent court minutes, and any other pertinent transcripts or documents from the district court record that might support the claims presented for review. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before April 20, 2022, and should include the missing items noted above and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT